IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 98-342

1999 MT 269A

_____

STATE OF MONTANA, )

)

Plaintiff and Respondent, )

)

v. ) O R D E R

)

KAREN MARIE BREWER, )

)

Defendant and Appellant. )

_____

IT IS ORDERED that this Court's Opinion in the above-entitled case, filed on November 4, 1999, is amended as follows:

The word "Respondent" or "Respondent's," wherever it appears in the Opinion, [specifically, ¶¶ 1, 3, 4, 5, 17, 18, 19, 20, 23, 24, 25, 28, 31, 34, 35, 36, and 38] shall be replaced with the word "Employer" or "Employer's" as appropriate.

DATED this 5th day of November, 1999.

/S/ WILLIAM E. HUNT, SR.

/S/ W. WILLIAM LEAPHART

/S/ JAMES C. NELSON

/S/ KARLA M. GRAY

/S/ JIM REGNIER